| USAO File Number: | 2020R01405 | AUSA Name: | Susan Fairchild | Telephone: | (313) 226-9577 |
|---|---|---|---|---|---|
| AO 93  (Rev. 11/13) Search and Seizure Warrant | | Officer: | Jeremy McCullough | Telephone: | (313) 350-6747 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

443 South Boulevard, Pontiac, Michigan

)
)
)
)
)
)

Case No.

Case: 2:21−mc−50567
Assigned To : Michelson, Laurie J.
Assign. Date : 4/22/2021
Description: RE: 443 SOUTH
BOULEVARD (EOB)

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____ .
*(identify the person or describe the property to be searched and give its location):*

See ATTACHMENT A.

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
>
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
>
> By:      s/Eddrey Butts
>      Deputy

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before      May 5, 2021      *(not to exceed 14 days)*

[X] in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the presiding United States Magistrate Judge on duty  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for  30  days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      April 22, 2021    3:17 pm

*Judge's signature*

City and state:      Detroit, Michigan

David R. Grand,   U. S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.:<br>2:21-MC-50567 | Date and time warrant executed:<br>4/23/2021 @ 0700 | Copy of warrant and inventory left with:<br>Edgar Rangel-Tapia  E.R. |
|---|---|---|

Inventory made in the presence of :
DO  Matthew  Krueger

Inventory of the property taken and name of any person(s) seized:

Nothing Seized

Nothing Further
Nothing Further

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/23/2021

_____  #7524
*Executing officer's signature*

Michael D. Farley - Deportation Officer
*Printed name and title*

## <u>ATTACHMENT A</u>

## DESCRIPTION OF THE LOCATION TO BE SEARCHED

1. The residence located at 443 South Boulevard, Pontiac, Michigan ("**Target Premises**"). The residence is further described as a one story bungalow style home with brick and tan siding along with white trim and a white front door. The **Target Premises** is located on the north side of South Boulevard between Martin Luther King Blvd South and Going Street. The address of 443 is affixed to the west side of the front door The search of the **Target Premises** shall include all rooms, attics, crawl spaces, basements, safes, locked boxes, storage facilities, vehicles on premises, and unattached garages, if applicable.

### FRONT SIDE







## **ATTACHMENT B**

## **LIST OF ITEMS TO BE SEARCHED FOR AND SEIZED**

**In the name of or likeness bearing Elvin SALINAS, the following items may be searched for and seized:**

(1)     Birth certificates or birth records;

(2)     School records;

(3)     Bus or train tickets;

(4)     Airline tickets or boarding passes;

(5)     Passports or passport applications;

(6)     Visas or visa applications;

(7)     Work permits or work permit applications;

(8)     From the nation of Honduras, identification cards, voter identification cards or drivers' licenses;

(9)     From the United States, identification cards or drivers' licenses;

(10)    Mail addressed to the person named above, including but not limited to, correspondence, bills, advertising, solicitations;

(11)    Records regarding ownership or leasing of vehicles in the name of the above person, including autos, trucks, and motorcycles;

(12)    Records regarding insurance for vehicles in the name of the above person, including autos, trucks, or motorcycles;

(13)    Tax returns in the name of the above person, including state or federal returns, and any schedules or attachments (Form W-2);

(14)    Bank statements in the name of the above person;

(15)    In the name of the above person, ATM cards, debit cards or credit cards;

(16)    Credit card statements in the name of the above person;

(17)    Utility bills or records in the name of the above person;

(18)   Telephone bills or records in the name of the above person;

(19)   Records regarding employment of the above person, including paychecks, pay stubs, records of hours worked, places worked or employers;

(20)   For the above named person, documents regarding government benefit programs such as Food Stamps, "Bridge Card," "EBT" card, Michigan unemployment benefits, WIC, and Social Security Administration programs;

(21)   For the above named person, real estate records including leases, land contracts, deeds, and mortgages;

(22)   For the above named person, loan applications, mortgage applications and payday lending applications;

(23)   For the above named person, records of bank transactions, including but not limited to, check stubs or registers, canceled checks, deposit tickets, debit memos, credit memos, wire transfer documents, records of savings accounts including passbooks and statements;

(24)   For the above named person, records and documents identifying the location of safety deposit boxes or other possible depositories for cash and other liquid assets;

(25)   For the above named person, indicia of occupancy, residency, and/or ownership of the premises, including but not limited to, utility and telephone bills, canceled mail in envelopes, and keys.